IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 07-cr-00188-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE AVENDANO
2. ALEJANDRO CAMACHO-LEVARIO
3. LUIS CAMACHO-LEVARIO
4. ANTHONY CORDOVA
5. RANDEL CUNNINGHAM
6. ARIEL FRAIRE
7. DAVID GARCIA
8. HEATHER GRIMES
9. JOSE HERNANDEZ
10. MIKE LNU
11. ROBERTO LOPEZ
12. JOSE MUNOZ
13. LUIS MURO-MUNOZ
14. GERARDO TORIBIO
15. VERONICA TYREE
16. BRUNO TYREE
17. OSCAR GARCIA-RUIZ,

    Defendants.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Defendant Grimes' motion to be excused from status hearing is granted. Defendant Cordova's motion for substitute counsel for status hearing is granted.

Dated: November 14, 2007

                                          s/ Jane Trexler, Judicial Assistant