IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Criminal Action No. 07-cr-00188-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. ANTHONY CORDOVA,

    Defendant.

_____

**ORDER**
_____

The court construes defendant's Notice of Disposition as a motion to change his plea and to have the court consider the terms of the parties' plea agreement. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters. The trial date and motions hearing are vacated as to this defendant only. Counsel shall contact chambers within ten days to set a change of plea hearing.

DATED at Denver, Colorado, on February 26, 2009.

BY THE COURT:


s/ Walker D. Miller
United States Senior District Judge

PDF FINAL