IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

| | |
|---|---|
| Courtroom Deputy: Nel Steffens | Date: September 22, 2009 |
| Court Reporter: Kara Spitler | Time: 36 minutes |
| Probation Officer: Jan Woll | |

**Criminal Action No.  07–cr–00188–WDM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Zachary Phillips |
| Plaintiff, | |
| vs. | |
| 4.  ANTHONY CORDOVA, | John Sullivan |
| Defendant. | |

### SENTENCING MINUTES

**2:04 p.m.**    Court in session.

Appearances of counsel.  Defendant is present in custody.

Defendant entered his plea on March 25, 2009, to Count Two of the Third Superseding Indictment.

**ORDERED:**    The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case.  The report is incorporated by reference as part of the Court's findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Mitigation statement by Mr. Sullivan on behalf of the defendant.

Statement by the defendant with assistance of Mr. Sullivan.

Statement by Mr. Phillips.

**ORDERED:**  Defendant's plea of guilty to Count Two of the Third Superseding Indictment is accepted.

**RECOMMENDATION OF THE PROBATION OFFICER IS AS FOLLOWS:**

|  | Guideline Provision | Recommended Sentence |
|---|---|---|
| **Custody** | 262 to 327 months | 262 months (absent the anticipated motion for downward departure) |
| **Supervised Release** | 5 years | 5 years |
| **Probation** | Not eligible for probation | Probation is not recommended |
| **Fine** | $17,500 to $4,000,000 | A fine is not recommended |
| **Special Assessment** | $100 | $100 |
| **Restitution** | Not an issue in this case |  |
| **Community Service** |  | Not recommended |

**ORDERED:**  Defendant shall be **imprisoned** for **120 months**.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Colorado, preferably Englewood.

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **five (5) years**.

**ORDERED:  Conditions** of Supervised Release that:
- (X)  Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X)  Defendant shall not commit another federal, state or local crime.
- (X)  Defendant shall not illegally possess controlled substances.
- (X)  Defendant shall not possess a firearm or destructive device.
- (X)  Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (X)  Defendant shall refrain from the unlawful use of a controlled substance

    and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED:** **Special Conditions** of Supervised Release that:
- (X) Defendant shall participate in a program of testing and treatment for drug/alcohol abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant may be required to pay the cost of treatment as directed by the probation officer.
- (X) If defendant does not have a viable residence at the time of the commencement of his supervised release, then he shall reside in a community corrections center for a period up to 180 days, to commence on his release from custody; defendant shall observe the rules of that facility.

**ORDERED:** Defendant shall pay a $100.00 Special Assessment, to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days of entry of judgment.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**ORDERED:** The Government's §5K1.1 Motion for Downward Departure Based on Substantial Assistance [#1119], filed September 22, 2009, is **GRANTED.**

The court directs Mr. Phillips to submit a proposed order as to the motion to dismiss counts.

**2:40 p.m.**  Court in recess.

Total time in court:   00:36

Hearing concluded.